**Richard VAUGHN, Respondent,**

v.

**Betty VAUGHN, Appellant.**

**No. WD 77121.**

Missouri Court of Appeals,
Western District.

Sept. 16, 2014.

Dana Outlaw, Lees Summit, MO, for Appellant.

James Johns, Clinton, MO, for Respondent.

Before Division Two: VICTOR C. HOWARD, P.J., JAMES EDWARD WELSH, and ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Betty Vaughn (Mother) appeals the circuit court's judgment dissolving her marriage to Richard Vaughn (Father). On appeal, Mother challenges the judgment's resolution of child custody and child support issues. We affirm. Rule 84.16(b).